An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

CHINA VALVES TECHNOLOGY, INC.,
A NEVADA CORPORATION,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MARK R. DENTON, DISTRICT JUDGE,
Respondents,
  and
MICHAEL MARKBREITER, AN
INDIVIDUAL; ZHANG QING, AN
INDIVIDUAL; MICHAEL PHILLIPS,
AN INDIVIDUAL; BOB ACKERLEY, AN
INDIVIDUAL; CHARLES HENRI-
MANGIN; AN INDIVIDUAL;
NEWLIGHT HORIZON FUND, LP, A
DELAWARE LIMITED PARTNERSHIP;
AND RAY SHI SMALL/MID CAP FUND,
A DELAWARE STATUTORY
INVESTMENT FUND,
Real Parties in Interest.

No. 68724

**FILED**

SEP 01 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S.Young
    DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT OF MANDMAUS OR PROHIBITION

This is an original petition for a writ of mandamus or prohibition challenging a district court order denying a motion to dismiss a complaint in a corporations action. Having considered the petition and supporting documents, we conclude that petitioner has failed to demonstrate that our extraordinary intervention is warranted. NRS 34.170; NRS 34.330; *Buckwalter v. Eighth Judicial Dist. Court*, 126 Nev. 200, 201, 234 P.3d 920, 921 (2010) ("Normally, this court will not entertain a writ petition challenging the denial of a motion to dismiss."); *Pan v.*

15-26579

*Eighth Judicial Dist. Court,* 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004) (holding that an appeal is generally an adequate legal remedy precluding writ relief); NRAP 3A(b)(3) (providing for an appeal from an order granting an injunction); NRAP 3A(b)(4) (providing for an appeal from an order appointing a receiver). Accordingly, we

ORDER the petition DENIED.[1]

_____ , J.
Douglas

_____ , J.
Cherry

_____ , J.
Gibbons

cc: Hon. Mark R. Denton, District Judge
Thorndal Armstrong Delk Balkenbush & Eisinger/Las Vegas
Dentons US LLP
McDonald Carano Wilson LLP/Las Vegas
Eighth District Court Clerk

---

[1]We also deny as moot petitioner's motion to stay the proceedings below pending resolution of this matter.